IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR CHICAGO ILLINOIS

UNITED STATES OF AMERICA,
 Plaintiff,

V.                              Case No. 06-cr-923-14

RADU RIZESCU,                   08CV4681
 Defendant.                     JUDGE DARRAH
 _____/      MAG. VALDEZ

### MOTION FOR THE RETURN OF PROPERTY

COMES NOW, Radu Rizescu, Pro Se and files this motion for the return of his personal property and in support of this motion states as follows:

Defendant was sentenced by Judge John W. Darrah under the above mentioned case, but to this date Defendant has not received his personal property to wit:

1 Black sweater of wool; 1 pair of boots Kenneth Cole; 1 Pair of black pants; 1 pair of Thermal pants and thermal top; 1 pair of socks and all his legal files, including discovery of this case.

Defendant respectfully requests that this court enters an order for the return of Defendant's property as soon as feaseable.

Sincerely,

_____
Radu Rizescu, pro se

### Certificate of Service

I hereby certify that I have mailed a copy of this motion to the clerk of court at 230 S. Dearborn, Chicago Illinois, 60604 on 8/13/08.

_____
Radu Rizescu, pro se