UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RADU RIZESCU, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 4681 |
| | ) | |
| v. | ) | |
| | ) | Judge Darrah |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on September 2, 2008, to the following non-ECF filers:

    *Pro Se*:
    Radu Rizescu
    #19189-424
    NEOCC
    2240 Hubbard Road
    Youngstown, OH 44501

                                                   By:  s/ Jonathan C. Haile
                                                               JONATHAN C. HAILE
                                                               Assistant United States Attorney
                                                               219 South Dearborn Street
                                                               Chicago, Illinois 60604
                                                               (312) 886-2055
                                                               jonathan.haile@usdoj.gov